# United States District Court
# For The Western District of North Carolina
# Charlotte Division

DAVID E. SIMPSON,

       Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　3:09CV292

STATE OF NORTH CAROLINA,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 3, 2009 Order.

       Signed: August 3, 2009

_____
Frank G. Johns, Clerk
United States District Court