UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV292-3-MU

| | |
|---|---|
| DAVID SIMPSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>STATE OF NORTH CAROLINA, )<br>Respondent. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on Petitioner's "Petition for a Court Order" (Document No. 7)filed on November 13, 2009. Petitioner is asking that this Court direct that he be returned to federal prison. For the reasons stated herein, the Petitioner's motions will be denied.

On July 16, 2009 Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Such Petition was denied by Order dated August 3, 2009. Petitioner's current case is now closed and therefore instant motion cannot be considered in the context of a closed case and therefore must be denied.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Petitioner's motion (Doc. No. 7) is DENIED as this case is closed and the Petitioner has not directed the Court to any authority authorizing it to reopen a closed case.

1

**SO ORDERED.**

Signed: November 20, 2009

Graham C. Mullen
United States District Judge